# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**MARIO COLLINS**                                                    **PLAINTIFF**

v.                                      **No. 2:23-cv-173-DPM**

**DICKERSON, Nurse**                                          **DEFENDANT**

## JUDGMENT

Collins's complaint is dismissed with prejudice.

_DP Marshall Jr._

D.P. Marshall Jr.
United States District Judge

2 November 2023